IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **Sara M. Bryer** | : | Bankruptcy No. **20-22467** |
| | : | |
| | : | Chapter **7** |
| Debtor | : | |
| | : | Document No. **15** |
| **Sara M. Bryer** | : | |
| Movant | : | |
| v. | : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __Suzanne M. Bash 308662__ , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

Excela Health-Hospital-PP

P>O. Box 645677

Pittsburgh, PA 15264

Excela Health Anesthesia

P.O. Box 1403

Indianapolis, IN 16206

Excela Health Medical Group

P.O. Box 645189

Pittsburgh, PA 15264

By: **/s/ Suzanne M. Bash**
 Signature
**Suzanne M. Bash 308662**

Typed Name
**231 South Main Street**
**Suite 310**
**Greensburg, PA 15601**

Address
**724-832-0234 Fax:724-837-5617**

Phone No.
**308662 PA**

List Bar I.D. and State of Admission