**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Case No. 20-22467-TPA |
| Sara M. Bryer | : | |
| | : | Chapter 7 |
| Debtor | : | Doc. No. 19 |
| _____ | : | |
| Sara M. Bryer | : | Related to Document Nos. 16 & 18 |
| Movants | : | |
| v. | : | |
| No Respondents | : | |

**CERTIFICATE OF SERVICE**

I, **Suzanne M. Bash**, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order, 341 Meeting of Creditors Notice and Amended Schedule F on the affected creditors, assigned trustee and the US Trustee by first class mail*.


Executed on: September 23, 2020            By: /s/ Suzanne M. Bash
                                           Suzanne M. Bash, Esquire
                                           231 South Main Street, Suite 310
                                           Greensburg, PA 15658
                                           Tel: 724-832-0234
                                           Fax: 724-837-5617
                                           Suzanne@suzannembashlaw.com

_____
*Parties served by the court electronically were not served by regular mail.

Excela Health – Health- PP
P.O. Box 645677
Pittsburgh, PA 15264

Excela Health Anesthesia
P.O. Box 1403
Indianapolis, IN 46206

Excela Health Medical Group
P.O. Box 645189
Pittsburgh, PA 15264

Sara M. Bryer
1201 Claridge Elliott Road
Jeannette, PA 15644