**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

| | | |
|---|---|---|
| Sara M. Bryer | : | Case No. 20-22467-TPA |
| | : | Chapter 7 |
| Debtor | : | Doc. No. 19 |
| _____ | : | |
| Sara M. Bryer | : | Related to Document Nos. 16 & 18 |
| Movants | : | |
| v. | : | |
| No Respondents | : | |

**AMENDED CERTIFICATE OF SERVICE**

    I, **Suzanne M. Bash**, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order, 341 Meeting of Creditors Notice and Amended Schedule F on the affected creditors, assigned trustee and the US Trustee by first class mail*.

Executed on: November 27, 2020       By: /s/ Suzanne M. Bash
    Suzanne M. Bash, Esquire
    231 South Main Street, Suite 310
    Greensburg, PA 15658
    Tel: 724-832-0234
    Fax: 724-837-5617
    Suzanne@suzannembashlaw.com

_____
*Parties served by the court electronically were not served by regular mail.

Excela Health – Health- PP
P.O. Box 645677
Pittsburgh, PA 15264

Excela Health Anesthesia
P.O. Box 1403
Indianapolis, IN 46206

Excela Health Medical Group
P.O. Box 645189
Pittsburgh, PA 15264

Sara M. Bryer
1201 Claridge Elliott Road
Jeannette, PA 15644