**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Sara M. Bryer** | Social Security number or ITIN  **xxx−xx−2486** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **20−22467−TPA** | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sara M. Bryer

12/30/20                                         **By the court:**   Thomas P. Agresti
                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Sara M. Bryer  
    Debtor(s)

Case No. 20-22467-TPA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 3  
Date Rcvd: Dec 30, 2020     Form ID: 318     Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sara M. Bryer, 1201 Claridge Elliott, Jeannette, PA 15644-4534 |
| tr | + | Lisa M. Swope, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| 15280264 | + | Amex/DSNB, P.O. Box 981540, El Paso, TX 79998-1540 |
| 15280265 | + | Brett Wally, 1201 Claridge Elliott Road, Jeannette, PA 15644-4534 |
| 15280267 | + | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15280266 | + | Capital One/Cabellas, 4800 NW 1st Street, Lincoln, NE 68521-4463 |
| 15280271 | + | D & A Services, LLC, 1400 E. Touhy Avenue, Des Plaines, IL 60018-3305 |
| 15312472 | + | Excela Health Anesthesia, P.O. Box 1403, Indianapolis, IN 46206-1403 |
| 15312470 | + | Excela Health Medical Group, P.O. Box 645189, Pittsburgh, PA 15264-5189 |
| 15312471 | + | Excela Health-Hospital-PP, P>O. Box 645677, Pittsburgh, PA 15264-5254 |
| 15280275 | + | Ford Motor Credit National BK Service, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 15280277 | | Namaste Holistic Counseling, 121-171 Corporate Lane, Export, PA 15632 |
| 15280279 | + | Richard Bryer, 2135 Ridge Road, Greensburg, PA 15601-8239 |
| 15280283 | + | Westmoreland Em Med Specialists, P.O. Box 1348, Indiana, PA 15701-5348 |
| 15280284 | + | Westmoreland Hospital, 532 West Pittsburgh Street, Greensburg, PA 15601-2282 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 31 2020 05:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 31 2020 01:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Dec 31 2020 05:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15291440 | | EDI: BECKLEE.COM | Dec 31 2020 05:53:00 | American Express Travel Related Services Company,, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15280268 | + | EDI: WFNNB.COM | Dec 31 2020 05:53:00 | Comenity Bank/Express, P.O. Box 182273, Columbus, OH 43218-2273 |
| 15280269 | + | EDI: WFNNB.COM | Dec 31 2020 05:53:00 | Comenity Bank/Victoria Secret, P.O. Box 182782, Columbus, OH 43218-2782 |
| 15280270 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 31 2020 01:57:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15280272 | | EDI: CITICORP.COM | Dec 31 2020 05:53:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Blvd., Mason, OH 45040 |
| 15280273 | + | EDI: DISCOVER.COM | Dec 31 2020 05:53:00 | Discover Financial Services, P.O. Box 3025, New Albany, OH 43054-3025 |

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 30, 2020 | Form ID: 318 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15280274 | + | Email/Text: cashiering-administrationservices@flagstar.com | Dec 31 2020 01:57:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15280276 | + | EDI: MID8.COM | Dec 31 2020 05:53:00 | Midland Credit Mangement, P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 15280278 | + | Email/Text: bankruptcynotices@psecu.com | Dec 31 2020 01:57:00 | PA State Employee Credit Union, Attn: Bankruptcy, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 15287085 | | EDI: PENNDEPTREV | Dec 31 2020 05:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15287085 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 31 2020 01:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15280280 | | Email/Text: amieg@stcol.com | Dec 31 2020 01:56:00 | State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 15280281 | + | Email/Text: bankruptcy@superlativerm.com | Dec 31 2020 01:57:00 | Superlative RM, 9355 E. Stockton Blvd, Suite 210, Elk Grove, CA 95624-9528 |
| 15280734 | + | EDI: RMSC.COM | Dec 31 2020 05:53:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15280282 | + | EDI: RMSC.COM | Dec 31 2020 05:53:00 | Synchrony Bank/JC Penney, Attn: Bankruptcy Department, P.O. Box 965064, Orlando, FL 32896-5064 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FLAGSTAR BANK, FSB |
| aty | *+ | Lisa M. Swope, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | American Express Travel Related Services Company,, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 01, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 30, 2020 | Form ID: 318 | Total Noticed: 31 |

Brian Nicholas
    on behalf of Creditor FLAGSTAR BANK  FSB bnicholas@kmllawgroup.com

Lisa M. Swope
    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com
    PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com

Lisa M. Swope
    lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Suzanne M. Bash
    on behalf of Debtor Sara M. Bryer suzannembash@yahoo.com  sooz1205@yahoo.com

TOTAL: 5